**Michael L. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 79571.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 28, 2002.

Mary S. Choi, Assistant Public Defender, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan L. Brown, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

### *ORDER*

PER CURIAM.

Michael L. Johnson (Johnson) appeals from the motion court's Order and Judgment (Judgment) denying his Motion for Post–Conviction Relief (Motion) under Rule 24.035 following an evidentiary hearing.[1] Johnson claims ineffective assistance of plea counsel. We have reviewed the briefs of the parties and the record on appeal and conclude that the motion

1. All rule references are to Mo. R.Crim. P.2002, unless otherwise indicated.

court's Judgment is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).